UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFERY HERSEY,<br><br>   Plaintiff,<br><br>  v.<br><br>WESTLAKE FINANCIAL SERVICES, et al.,<br><br>   Defendants. | Case No. 25-cv-07282-VKD<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

On September 4, 2025, the Court issued an order denying without prejudice Mr. Hersey's application to proceed in forma pauperis ("IFP"), noting discrepancies and/or inconsistencies in the application. Dkt. No. 4. Mr. Hersey was given until September 26, 2025 to file a renewed IFP application. *Id*. at 1. Alternatively, Mr. Hersey had the option of paying the filing fee by September 26, 2025. *Id*. at 1-2. The September 4, 2025 order expressly stated that "the Court may recommend dismissal this action if Mr. Hersey does not file a renewed application or pay the filing fee by the September 26, 2025 deadline." *Id*. at 2. The September 26, 2025 has passed. There is no indication on the docket that Mr. Hersey has filed a renewed IFP application or paid the filing fee.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **October 30, 2025**, Mr. Hersey shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute this case. If Mr. Hersey does not respond to this order by the October 30, 2025 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint be dismissed

1  for failure to prosecute and/or to comply with court orders.

2  **IT IS SO ORDERED.**

3  Dated: October 8, 2025

Virginia K. DeMarchi
United States Magistrate Judge